DATE:  July 6, 2021


        The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Justin Godfrey Fahringer
    v. Commonwealth of Virginia
    Record No. 0370-18-3
    Opinion rendered by Judge Chafin on
    April 30, 2019
    **Delayed appeal to Supreme Court of Virginia awarded on August 6, 2020

2.  Jessica Danielle Barrow
    v. Commonwealth of Virginia
    Record No. 0769-20-3
    Opinion rendered by Judge Petty on
    April 27, 2021

3.  Stephen James Kilpatrick
    v. Commonwealth of Virginia
    Record No. 2043-19-3
    Opinion rendered by Judge Huff on
    May 4, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Justin Godfrey Fahringer
   v. Commonwealth of Virginia
   Record No. 0370-18-4
   Opinion rendered by Judge Chafin
     on April 30, 2019
   Refused (201338)
   **Delayed appeal awarded to Supreme Court on August 6, 2020

2. Karen Rompalo
   v. Commonwealth of Virginia
   Record No. 1717-18-4
   Opinion rendered by [F11]Judge AtLee
     on June 2, 2020
   Judgment of Court of Appeals affirmed by published order entered on
     May 20, 2021 (200941)

3. Shannon Kathleen Smith Hurt Lively
   v. Paulette Holland Smith, et al.
   Record No. 1929-19-3
   Opinion rendered by Judge Malveaux
     on October 20, 2020
   Refused (201399)

4. Troy McGowan
   v. Commonwealth of Virginia
   Record No. 0436-20-1
   Opinion rendered by Senior Judge Annunziata
     on November 24, 2020
   Refused (201535)

On June 17, 2021 the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1.  Samantha Ann Nicholson
    v. Commonwealth of Virginia
    Record No. 0371-18-2
    Merit panel unpublished order rendered by Chief Judge Decker
       on February 6, 2020
    Judgment of Court of Appeals reversed and matter remanded to this Court for
       further proceedings
    (200356)